1  JAMES E. LYONS (SBN 112582)
   james.lyons@skadden.com
2  RICHARD S. HORVATH, JR. (SBN 254681)
3  richard.horvath@skadden.com
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4  Four Embarcadero Center, Suite 3800
   San Francisco, California 94111
5  Telephone: (415) 984-6400
   Facsimile: (415) 984-2698
6
   GARRETT J. WALTZER (State Bar No. 130764)
7  garrett.waltzer@skadden.com
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
8  525 University Avenue, Suite 1100
   Palo Alto, California 94301
9  Telephone: (650) 470-4500
   Facsimile: (650) 470-4570
10
   *Attorneys for Defendants*
11 MARC L. ANDREESSEN, LAWRENCE T.
   BABBIO, SARI M. BALDAUF, RAJIV L.
12 GUPTA, JOHN H. HAMMERGREN, JOEL Z.
   HYATT, JOHN R. JOYCE, ROBERT L.
13 RYAN, LUCILLE S. SALHANY, and
   G. KENNEDY THOMPSON
14
                    UNITED STATES DISTRICT COURT
15                 NORTHERN DISTRICT OF CALIFORNIA
                        SAN JOSE DIVISION
16

17 SAGINAW POLICE & FIRE PENSION FUND,  )  Civil Action No: 5:10-CV-4720-LHK
   Derivatively on Behalf of HEWLETT-     )
18 PACKARD COMPANY,                       )
                                          )  **STIPULATION AND [PROPOSED]**
19              Plaintiff,                )  **ORDER TO EXTEND TIME TO FILE**
                                          )  **RESPONSE TO COMPLAINT AND TO**
20     vs.                                )  **ESTABLISH BRIEFING SCHEDULE**
                                          )
21 MARC L. ANDREESSEN, LAWRENCE T.       )  Courtroom:   Courtroom 4, 5th Floor
   BABBIO, SARI M. BALDAUF, RAJIV L.      )  Judge:       Hon. Lucy H. Koh
22 GUPTA, JOHN H. HAMMERGREN, MARK       )
   V. HURD, JOEL Z. HYATT, JOHN R. JOYCE, )  Trial Date:      Not Yet Set
23 ROBERT L. RYAN, LUCILLE S. SALHANY,   )
   and G. KENNEDY THOMPSON,               )
24                                        )
                Defendants,               )
25                                        )
                -and-                     )
26                                        )
   HEWLETT-PACKARD COMPANY,               )
27                                        )
                Nominal Defendant.        )
28                                        )

   STIPULATION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT – CASE NO.: 5:10-CV-4720-LHK

1    Plaintiff Saginaw Police & Fire Pension Fund ("Saginaw") and Defendants Marc L.

2 Andreessen, Lawrence T. Babbio, Sari M. Baldauf, Rajiv L. Gupta, John H. Hammergren, Mark V.

3 Hurd, Joel Z. Hyatt, John R. Joyce, Robert L. Ryan, Lucille S. Salhany and G. Kennedy Thompson

4 and Nominal Defendant Hewlett-Packard Company ("HP") stipulate as follows:

5    WHEREAS, Plaintiff Saginaw filed this action captioned *Saginaw Police & fire Pension*

6 *Fund v. Marc L. Andreessen, et al.* (Case No. 5:10-CV-4720-LHK) in this Court on October 19,

7 2010;

8    WHEREAS, Nominal Defendant HP was served with process in this action no later than

9 October 21, 2010;

10    WHEREAS, Defendant Salhany was served with process in this action on October 22, 2010;

11    WHEREAS, Defendants Gupta, Joyce, and Thompson were served with process in this

12 action on October 23, 2010;

13    WHEREAS, Defendants Hammergren and Hyatt were served with process in this action on

14 October 24, 2010;

15    WHEREAS, Defendant Babbio was served with process in this action on October 25, 2010;

16    WHEREAS, Defendants Andreessen, Baldauf, and Ryan signed and returned Waivers of

17 the Service of Summons on November 1, 2010, requiring these defendants to answer, move or

18 otherwise respond to the complaint in this action on December 28, 2010;

19    WHEREAS, Defendant Hurd signed and returned a Waiver of Service of Summons on

20 November 10, 2010, requiring Defendant Hurd to answer, move or otherwise respond to the

21 complaint in this action on December 28, 2010;

22    WHEREAS, the parties agree that Defendants Andreessen, Babbio, Baldauf, Gupta,

23 Hammergren, Hurd, Hyatt, Joyce, Ryan, Salhany, and Thompson and Nominal Defendant HP

24 should have the same date to answer, move or otherwise respond to the complaint in this action,

25 and that the parties should establish a briefing schedule for any motions filed in response to the

26 complaint in this action, taking into account the winter holidays;

27

28

-1-

STIPULATION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT – CASE NO.: 5:10-CV-4720-LHK

1    NOW, THEREFORE, the parties agree as follows:

2        1.    Defendants Marc L. Andreessen, Lawrence T. Babbio, Sari M. Baldauf,
3  Rajiv L. Gupta, John H. Hammergren, Mark V. Hurd, Joel Z. Hyatt, John R. Joyce, Robert L. Ryan,
4  Lucille S. Salhany, and G. Kennedy Thompson and Nominal Defendant Hewlett-Packard Company
5  shall answer, move or otherwise respond to the complaint in this action on January 13, 2011.

6        2.    Plaintiff Saginaw Police & Fire Pension Fund shall file its opposition brief to
7  any motion to dismiss, or any motion otherwise responding to, the complaint in this action on
8  February 28, 2011.

9        3.    Defendants Marc. L Andreessen, Lawrence T. Babbio, Sari M. Baldauf,
10  Rajiv L. Gupta, John H. Hammergren, Mark V. Hurd, Joel Z. Hyatt, John R. Joyce, Robert L. Ryan,
11  Lucille S. Salhany, and G. Kennedy Thompson and Nominal Defendant Hewlett-Packard Company
12  shall file any reply briefs in further support of any motion to dismiss, or any motion otherwise
13  responding to, the complaint in this action on March 21, 2011.

14        4.    Defendants Marc L. Andreessen, Lawrence T. Babbio, Sari M. Baldauf,
15  Rajiv L. Gupta, John H. Hammergren, Mark V. Hurd, Joel Z. Hyatt, John R. Joyce, Robert L. Ryan,
16  Lucille S. Salhany, and G. Kennedy Thompson preserve their rights to object to this action for
17  improper venue or lack of personal jurisdiction.

18

19

20

21

22

23

24

25

26

27

28

-2-

1           5.      This stipulation is made without prejudice to the parties later agreeing to a

2  further stipulation extending the time to answer, move or otherwise respond to the complaint in this

3  action, and without prejudice to any party later seeking an order from the Court seeking a new date

4  to answer, move or otherwise respond to the complaint in this action.

5  DATED: November ⁄⁄, 2010         SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

6

7                                 By: _____
                                         James E. Lyons

8                             Four Embarcadero Center
                           Suite 3800

9                             San Francisco, California 94111
                           Telephone: (415) 984-2683

10                             Facsimile:  (415) 984-2698

11                             *Attorneys For Defendants Marc L. Andreessen, Lawrence T.*

12                             *Babbio, Sari M. Baldauf, Rajiv L. Gupta, John H.*
                           *Hammergren, Joel Z. Hyatt, John R. Joyce, Robert L. Ryan,*

13                             *Lucille S. Salhany and G. Kennedy Thompson*

              I, James E. Lyons, am the ECF User whose ID and password are being used to file this

14  STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSIVE
PLEADINGS AND TO ESTABLISH BRIEFING SCHEDULE. In compliance with General

15  Order 45, X.B., I hereby attest that each of the three signatories below has concurred in this filing.

16

17  DATED: November __, 2010         ALLEN MATKINS LECK GAMBLE MALLORY &
                           NASTIS LLP

18

19                                 By: _____
                                           Lawrence D. Lewis

20                             1900 Main Street, 5th Floor
                           Irvine, California 92614

21                             Telephone: (949) 553-1313
                           Facsimile:  (949) 553-8354

22

23                             *Attorneys For Defendant Mark V. Hurd*

24

25

26

27

28

                                          -3-

1         5.     This stipulation is made without prejudice to the parties later agreeing to a

2 further stipulation extending the time to answer, move or otherwise respond to the complaint in this

3 action, and without prejudice to any party later seeking an order from the Court seeking a new date

4 to answer, move or otherwise respond to the complaint in this action.

5 DATED: November __, 2010         SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

6

7                      By: _____
                                   James E. Lyons

8                      Four Embarcadero Center
                      Suite 3800

9                      San Francisco, California 94111
                      Telephone: (415) 984-2683

10                    Facsimile:  (415) 984-2698

11                    *Attorneys For Defendants Marc L. Andreessen, Lawrence T.*
                    *Babbio, Sari M. Baldauf, Rajiv L. Gupta, John H.*

12                   *Hammergren, Joel Z. Hyatt, John R. Joyce, Robert L. Ryan,*
                   *Lucille S. Salhany and G. Kennedy Thompson*

13

14        I, James E. Lyons, am the ECF User whose ID and password are being used to file this
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSIVE
PLEADINGS AND TO ESTABLISH BRIEFING SCHEDULE. In compliance with General

15 Order 45, X.B., I hereby attest that each of the three signatories below has concurred in this filing.

16

17 DATED: November 10, 2010        ALLEN MATKINS LECK GAMBLE MALLORY &
                      NASTIS LLP

18

19                      By: *Lawrence D Lewis*
                              Lawrence D. Lewis

20                      1900 Main Street, 5th Floor
                      Irvine, California 92614

21                      Telephone: (949) 553-1313
                      Facsimile:  (949) 553-8354

22

23                      *Attorneys For Defendant Mark V. Hurd*

24

25

26

27

28

-3-

1    DATED: November ⁄0, 2010      MORGAN, LEWIS & BOCKIUS LLP

2

3                           By: _____
                                  Franklin Brockway Gowdy

4                           One Market, Spear Street Tower
                          San Francisco, California 94105-1596

5                           Telephone: (415) 442-1000
                          Facsimile: (415) 442-1001

6

7                           *Attorneys For Nominal Defendant Hewlett-Packard Company*

8

9    DATED: November __, 2010      SCOTT + SCOTT LLP

10                           By: _____

11                                        Mary K. Blasy

12                           707 Broadway
                          Suite 1000

13                           San Diego, California 92101
                          Telephone: (619) 233-4565

14                           Facsimile: (619) 233-0508

15                           *Attorneys For Plaintiff Saginaw Police & Fire Pension Fund*

16

17

18    PURSUANT TO STIPULATION, IT IS SO ORDERED:

19    Dated: _____ _____, 2010

20

21    _____

22    HON. LUCY H. KOH
      UNITED STATES DISTRICT JUDGE

23    NORTHERN DISTRICT OF CALIFORNIA

24

25

26

27

28

-4-

1  DATED: November __, 2010          MORGAN, LEWIS & BOCKIUS LLP

2

3                                    By: _____
                                          Franklin Brockway Gowdy

4                                    One Market, Spear Street Tower
                                     San Francisco, California 94105-1596
5                                    Telephone: (415) 442-1000
                                     Facsimile: (415) 442-1001
6
                                     *Attorneys For Nominal Defendant Hewlett-Packard*
7                                    *Company*

8

9  DATED: November 10 2010           SCOTT + SCOTT LLP

10                                   By: _____
                                          Mary K. Blasy
11

12                                   707 Broadway
                                     Suite 1000
13                                   San Diego, California 92101
                                     Telephone: (619) 233-4565
14                                   Facsimile: (619) 233-0508

15                                   *Attorneys For Plaintiff Saginaw Police & Fire Pension*
                                     *Fund*
16

17

18  PURSUANT TO STIPULATION, IT IS SO ORDERED:

19  Dated: _____, 2010

20

21  _____

22  HON. LUCY H. KOH
    UNITED STATES DISTRICT JUDGE
23  NORTHERN DISTRICT OF CALIFORNIA

24

25

26

27

28
                                         -4-

STIPULATION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT – CASE NO.: 5:10-CV-4720-LHK

224554-San Francisco Server 1A - MSW