JAMES E. LYONS (SBN 112582)
james.lyons@skadden.com
RICHARD S. HORVATH, JR. (SBN 254681)
richard.horvath@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
San Francisco, California 94111
Telephone: (415) 984-6400
Facsimile: (415) 984-2698

GARRETT J. WALTZER (State Bar No. 130764)
garrett.waltzer@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

*Attorneys for Defendants*
MARC L. ANDREESSEN, LAWRENCE T.
BABBIO, SARI M. BALDAUF, RAJIV L.
GUPTA, JOHN H. HAMMERGREN, JOEL Z.
HYATT, JOHN R. JOYCE, ROBERT L.
RYAN, LUCILLE S. SALHANY, and
G. KENNEDY THOMPSON

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| SAGINAW POLICE & FIRE PENSION FUND, Derivatively on Behalf of HEWLETT-PACKARD COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> MARC L. ANDREESSEN, LAWRENCE T. BABBIO, SARI M. BALDAUF, RAJIV L. GUPTA, JOHN H. HAMMERGREN, MARK V. HURD, JOEL Z. HYATT, JOHN R. JOYCE, ROBERT L. RYAN, LUCILLE S. SALHANY, and G. KENNEDY THOMPSON, <br><br> Defendants, <br><br> -and- <br><br> HEWLETT-PACKARD COMPANY, <br><br> Nominal Defendant. | Civil Action No: 5:10-CV-4720-LHK <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT AND TO ESTABLISH BRIEFING SCHEDULE** <br><br> Courtroom:  Courtroom 4, 5th Floor <br> Judge:  Hon. Lucy H. Koh <br><br> Trial Date:  Not Yet Set |

1  Plaintiff Saginaw Police & Fire Pension Fund ("Saginaw") and Defendants Marc L.
2 Andreessen, Lawrence T. Babbio, Sari M. Baldauf, Rajiv L. Gupta, John H. Hammergren, Mark V.
3 Hurd, Joel Z. Hyatt, John R. Joyce, Robert L. Ryan, Lucille S. Salhany and G. Kennedy Thompson
4 and Nominal Defendant Hewlett-Packard Company ("HP") stipulate as follows:

5  WHEREAS, Plaintiff Saginaw filed this action captioned *Saginaw Police & fire Pension
6 Fund v. Marc L. Andreessen, et al.* (Case No. 5:10-CV-4720-LHK) in this Court on October 19,
7 2010;

8  WHEREAS, Nominal Defendant HP was served with process in this action no later than
9 October 21, 2010;

10  WHEREAS, Defendant Salhany was served with process in this action on October 22, 2010;

11  WHEREAS, Defendants Gupta, Joyce, and Thompson were served with process in this
12 action on October 23, 2010;

13  WHEREAS, Defendants Hammergren and Hyatt were served with process in this action on
14 October 24, 2010;

15  WHEREAS, Defendant Babbio was served with process in this action on October 25, 2010;

16  WHEREAS, Defendants Andreessen, Baldauf, and Ryan signed and returned Waivers of
17 the Service of Summons on November 1, 2010, requiring these defendants to answer, move or
18 otherwise respond to the complaint in this action on December 28, 2010;

19  WHEREAS, Defendant Hurd signed and returned a Waiver of Service of Summons on
20 November 10, 2010, requiring Defendant Hurd to answer, move or otherwise respond to the
21 complaint in this action on December 28, 2010;

22  WHEREAS, the parties agree that Defendants Andreessen, Babbio, Baldauf, Gupta,
23 Hammergren, Hurd, Hyatt, Joyce, Ryan, Salhany, and Thompson and Nominal Defendant HP
24 should have the same date to answer, move or otherwise respond to the complaint in this action,
25 and that the parties should establish a briefing schedule for any motions filed in response to the
26 complaint in this action, taking into account the winter holidays;

27
28

-1-
STIPULATION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT – CASE NO.: 5:10-CV-4720-LHK

1  NOW, THEREFORE, the parties agree as follows:

2  1. Defendants Marc L. Andreessen, Lawrence T. Babbio, Sari M. Baldauf, Rajiv L. Gupta, John H. Hammergren, Mark V. Hurd, Joel Z. Hyatt, John R. Joyce, Robert L. Ryan, Lucille S. Salhany, and G. Kennedy Thompson and Nominal Defendant Hewlett-Packard Company shall answer, move or otherwise respond to the complaint in this action on January 13, 2011.

2. Plaintiff Saginaw Police & Fire Pension Fund shall file its opposition brief to any motion to dismiss, or any motion otherwise responding to, the complaint in this action on February 28, 2011.

3. Defendants Marc. L Andreessen, Lawrence T. Babbio, Sari M. Baldauf, Rajiv L. Gupta, John H. Hammergren, Mark V. Hurd, Joel Z. Hyatt, John R. Joyce, Robert L. Ryan, Lucille S. Salhany, and G. Kennedy Thompson and Nominal Defendant Hewlett-Packard Company shall file any reply briefs in further support of any motion to dismiss, or any motion otherwise responding to, the complaint in this action on March 21, 2011.

4. Defendants Marc L. Andreessen, Lawrence T. Babbio, Sari M. Baldauf, Rajiv L. Gupta, John H. Hammergren, Mark V. Hurd, Joel Z. Hyatt, John R. Joyce, Robert L. Ryan, Lucille S. Salhany, and G. Kennedy Thompson preserve their rights to object to this action for improper venue or lack of personal jurisdiction.

5. This stipulation is made without prejudice to the parties later agreeing to a further stipulation extending the time to answer, move or otherwise respond to the complaint in this action, and without prejudice to any party later seeking an order from the Court seeking a new date to answer, move or otherwise respond to the complaint in this action.

DATED: November //, 2010        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/_____
James E. Lyons

Four Embarcadero Center
Suite 3800
San Francisco, California 94111
Telephone: (415) 984-2683
Facsimile:  (415) 984-2698

*Attorneys For Defendants Marc L. Andreessen, Lawrence T. Babbio, Sari M. Baldauf, Rajiv L. Gupta, John H. Hammergren, Joel Z. Hyatt, John R. Joyce, Robert L. Ryan, Lucille S. Salhany and G. Kennedy Thompson*

I, James E. Lyons, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS AND TO ESTABLISH BRIEFING SCHEDULE. In compliance with General Order 45, X.B., I hereby attest that each of the three signatories below has concurred in this filing.

DATED: November __, 2010        ALLEN MATKINS LECK GAMBLE MALLORY & NASTIS LLP

By: _____
Lawrence D. Lewis

1900 Main Street, 5th Floor
Irvine, California 92614
Telephone: (949) 553-1313
Facsimile:  (949) 553-8354

*Attorneys For Defendant Mark V. Hurd*

5. This stipulation is made without prejudice to the parties later agreeing to a further stipulation extending the time to answer, move or otherwise respond to the complaint in this action, and without prejudice to any party later seeking an order from the Court seeking a new date to answer, move or otherwise respond to the complaint in this action.

DATED: November __, 2010    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____
    James E. Lyons

Four Embarcadero Center
Suite 3800
San Francisco, California 94111
Telephone: (415) 984-2683
Facsimile: (415) 984-2698

*Attorneys For Defendants Marc L. Andreessen, Lawrence T. Babbio, Sari M. Baldauf, Rajiv L. Gupta, John H. Hammergren, Joel Z. Hyatt, John R. Joyce, Robert L. Ryan, Lucille S. Salhany and G. Kennedy Thompson*

I, James E. Lyons, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS AND TO ESTABLISH BRIEFING SCHEDULE. In compliance with General Order 45, X.B., I hereby attest that each of the three signatories below has concurred in this filing.

DATED: November 10, 2010    ALLEN MATKINS LECK GAMBLE MALLORY & NASTIS LLP

By: *Lawrence D Lewis*
    Lawrence D. Lewis

1900 Main Street, 5th Floor
Irvine, California 92614
Telephone: (949) 553-1313
Facsimile: (949) 553-8354

*Attorneys For Defendant Mark V. Hurd*

| | | |
|---|---|---|
| 1 | DATED: November 10, 2010 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | |
| 3 | | By: _____<br>Franklin Brockway Gowdy |
| 4 | | One Market, Spear Street Tower<br>San Francisco, California 94105-1596 |
| 5 | | Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001 |
| 6 | | |
| 7 | | *Attorneys For Nominal Defendant Hewlett-Packard Company* |
| 8 | | |
| 9 | DATED: November __, 2010 | SCOTT + SCOTT LLP |
| 10 | | By: _____ |
| 11 | | Mary K. Blasy |
| 12 | | 707 Broadway<br>Suite 1000 |
| 13 | | San Diego, California 92101<br>Telephone: (619) 233-4565<br>Facsimile: (619) 233-0508 |
| 14 | | |
| 15 | | *Attorneys For Plaintiff Saginaw Police & Fire Pension Fund* |
| 16 | | |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: _____, 2010

_____
HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

-4-
STIPULATION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT – CASE NO.: 5:10-CV-4720-LHK

224554-San Francisco Server 1A - MSW

| | | |
|---|---|---|
| 1 | DATED: November __, 2010 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | |
| 3 | | By: _____<br>Franklin Brockway Gowdy |
| 4 | | One Market, Spear Street Tower |
| 5 | | San Francisco, California 94105-1596<br>Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001 |
| 6 | | |
| 7 | | *Attorneys For Nominal Defendant Hewlett-Packard Company* |
| 8 | | |
| 9 | DATED: November 10, 2010 | SCOTT + SCOTT LLP |
| 10 | | By: _____ |
| 11 | | Mary K. Blasy |
| 12 | | 707 Broadway<br>Suite 1000 |
| 13 | | San Diego, California 92101<br>Telephone: (619) 233-4565<br>Facsimile: (619) 233-0508 |
| 14 | | |
| 15 | | *Attorneys For Plaintiff Saginaw Police & Fire Pension Fund* |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: _____November 12_____, 2010

*Lucy H. Koh*
_____
HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA