**RECEIVED**

NOV 12 2010

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAGINAW POLICE & FIRE PENSION FUND,<br><br>  Plaintiff,<br><br>v.<br><br>MARC L. ANDREESSEN, et al.,<br><br>  Defendant. | CASE NO. CV-10-04720 PVT<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Jill M. Baisinger, whose business address and telephone number is

Morgan Lewis & Bockius LLP, 1701 Market St., Philadelphia, PA 19103-2921
Ph: 215-963-5000
Email: jbaisinger@morganlewis.com

and who is an active member in good standing of the bar of Pennsylvania

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Hewlett-Packard Company.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: November 22, 2010

*Lucy H. Koh*
United States District Judge