RECEIVED
NOV 22 2010
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAGINAW POLICE & FIRE PENSION FUND,

Plaintiff,

v.

MARC L. ANDREESSEN, et al.,

Defendant.

CASE NO. CV-10-04720 PVT

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Marc. J. Sonnenfeld, whose business address and telephone number is Morgan Lewis & Bockius LLP, 1701 Market St., Philadelphia, PA 19103-2921
Ph: 215-963-5000
Email: msonnenfeld@morganlewis.com

and who is an active member in good standing of the bar of Pennsylvania having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Hewlett-Packard Company.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: November 22, 2010

*Lucy H. Koh*
United States District Judge