RECEIVED
2010 NOV 22 P 3:15

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAGINAW POLICE & FIRE PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>MARC L. ANDREESSEN, et al.<br><br>Defendant. | CASE NO. CV 10-04720-LHK<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Thomas L. Laughlin, whose business address and telephone number is Scott+Scott LLP, 500 Fifth Avenue, 40th Floor, New York, NY 10110, (212) 223-6444

and who is an active member in good standing of the bar of Southern District of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: November 23, 2010

*Lucy H. Koh*
LUCY H. KOH
United States District Judge