MORGAN, LEWIS & BOCKIUS LLP
FRANKLIN BROCKWAY GOWDY (SBN 047918)
DIANE L. WEBB (SBN 197851)
KIM ALEXANDER KANE (SBN 226896)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000; Fax: 415.442.1001
Email: fgowdy@morganlewis.com
   dwebb@morganlewis.com
   kkane@morganlewis.com

MARC J. SONNENFELD (*Pro Hac Vice*)
KAREN PIESLAK POHLMANN (*Pro Hac Vice*)
JILL M. BAISINGER (*Pro Hac Vice*)
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000; Fax: 215.963.5001
Email: msonnenfeld@morganlewis.com
   kpohlmann@morganlewis.com
   jbaisinger@morganlewis.com

Attorneys for Nominal Defendant
Hewlett-Packard Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAGINAW POLICE & FIRE PENSION FUND,<br><br>Plaintiff,<br><br>vs.<br><br>MARC L. ANDREESSEN, LAWRENCE T. BABBIO, SARI M. BALDAUF, RAJIV L. GUPTA, JOHN H. HAMMERGREN, MARK V. HURD, JOEL Z. HYATT, JOHN R. JOYCE, ROBERT L. RYAN, LUCILLE S. SALHANY, and G. KENNEDY THOMPSON,<br><br>Defendants.<br><br>– and –<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>Nominal Defendant. | Case No. 5:10-CV-04720-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT AND TO ESTABLISH BRIEFING SCHEDULE**<br><br>Dept.: Courtroom 4, 5th Floor<br>Judge: Hon. Lucy H. Koh<br><br>Trial Dates: None Set |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. TO EXTEND TIME TO FILE
RESPONSE TO COMPLAINT AND EST.
BRIEFING SCHEDULE
DB1/66293292.1

(5:10-CV-04720-LHK)

Plaintiff Saginaw Police & Fire Pension Fund ("Saginaw"), Defendants Marc L. Andreessen, Lawrence T. Babbio, Sari M. Baldauf, Rajiv L. Gupta, John H. Hammergren, Mark V. Hurd, Joel Z. Hyatt, John R. Joyce, Robert L. Ryan, Lucille S. Salhany, and G. Kennedy Thompson (collectively, the "Individual Defendants"), and Nominal Defendant Hewlett-Packard Company ("HP") stipulate as follows:

WHEREAS, Plaintiff Saginaw filed this action captioned *Saginaw Police & Fire Pension Fund v. Marc L. Andreessen, et al.* (Case No. 5:10-CV-4720-LHK) in this Court on October 19, 2010;

WHEREAS, on November 11, 2010, the parties submitted a stipulation to the Court wherein they agreed to a date by which Individual Defendants and HP would respond to the complaint and to a briefing schedule related to any motions filed in response to the complaint (Docket No. 21);

WHEREAS, on November 12, 2010, the Court approved the parties' stipulation and entered it as an order (Docket No. 25);

WHEREAS, the parties now agree to extend further the dates by which the Individual Defendants and HP may answer, move or otherwise respond to the complaint and the briefing schedule related to any motion to dismiss, or any motion otherwise responding to, the complaint in this action;

NOW, THEREFORE, the parties agree as follows:

1. The date by which Defendants Marc L. Andreessen, Lawrence T. Babbio, Sari M. Baldauf, Rajiv L. Gupta, John H. Hammergren, Mark V. Hurd, Joel Z. Hyatt, John R. Joyce, Robert L. Ryan, Lucille S. Salhany, and G. Kennedy Thompson and Nominal Defendant Hewlett-Packard Company shall answer, move or otherwise respond to the complaint in this action, which was January 13, 2011, shall now be February 3, 2011.

2. The date by which Plaintiff Saginaw Police & Fire Pension Fund shall file its opposition brief to any motion to dismiss, or any motion otherwise responding to, the complaint in this action, which was February 28, 2011, shall now be March 21, 2011.

3. The date by which Defendants Marc L. Andreessen, Lawrence T. Babbio,

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. TO EXTEND TIME TO FILE
RESPONSE TO COMPLAINT AND EST.   2   (5:10-CV-04720-LHK)
BRIEFING SCHEDULE
DB1/66293292.1

1  Sari M. Baldauf, Rajiv L. Gupta, John H. Hammergren, Mark V. Hurd, Joel Z. Hyatt, John R.
2  Joyce, Robert L. Ryan, Lucille S. Salhany, and G. Kennedy Thompson and Nominal Defendant
3  Hewlett-Packard Company shall file any reply briefs in support of any motion to dismiss, or any
4  motion otherwise responding to, the complaint in this action, which was March 21, 2011, shall
5  now be April 11, 2011.

6      4.  Defendants Marc L. Andreessen, Lawrence T. Babbio, Sari M. Baldauf,
7  Rajiv L. Gupta, John H. Hammergren, Mark V. Hurd, Joel Z. Hyatt, John R. Joyce, Robert L.
8  Ryan, Lucille S. Salhany, and G. Kennedy Thompson preserve their rights to object to this action
9  on grounds of improper venue or lack of personal jurisdiction.

10      5.  This stipulation is made without prejudice to the parties later agreeing to a
11  further stipulation extending the time to answer, move or otherwise respond to the complaint in
12  this action, and without prejudice to any party later seeking an order from the Court seeking a
13  new date to answer, move or otherwise respond to the complaint in this action.

Dated: January 5, 2011                                MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Marc J. Sonnenfeld
Marc J. Sonnenfeld
Attorneys for Nominal Defendant
Hewlett-Packard Company

I, Marc J. Sonnenfeld, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS AND TO ESTABLISH BRIEFING SCHEDULE. In compliance with General Order 45, X.B., I hereby attest that each of the three signatories below has concurred with this filing.

Dated: January 5, 2011                                SCOTT + SCOTT LLP

By: /s/ Mary K. Blasy
Mary K. Blasy
Attorneys for Plaintiff Saginaw Police &
Fire Pension Fund

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. TO EXTEND TIME TO FILE
RESPONSE TO COMPLAINT AND EST.            3            (5:10-CV-04720-LHK)
BRIEFING SCHEDULE
DB1/66293292.1

| | | |
|---|---|---|
| 1 | Dated: January 5, 2011 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 2 | | |
| 3 | | |
| 4 | | By: _____/s/ James E. Lyons_____ |
| | | James E. Lyons |
| 5 | | Attorneys for Defendants Marc L. Andreessen, Lawrence T. Babbio, Sari M. Baldauf, Rajiv L. Gupta, John H. Hammergren, Joel Z. Hyatt, John R. Joyce, Robert L. Ryan, Lucille S. Salhany, and G. Kennedy Thompson |
| 6 | | |
| 7 | | |
| 8 | Dated: January ___, 2011 | ALLEN MATKINS LECK GAMBLE MALLORY & NASTIS LLP |
| 9 | | |
| 10 | | |
| 11 | | By:_____ |
| | | Lawrence D. Lewis |
| 12 | | Attorneys for Defendant Mark V. Hurd |

14  PURSUANT TO STIPULATION, IT IS SO ORDERED:

16  Dated: _____, 2011          _____
                                              HON. LUCY H. KOH
                                              United States District Court Judge
                                              Northern District of California

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. TO EXTEND TIME TO FILE
RESPONSE TO COMPLAINT AND EST.            4                    (5:10-CV-04720-LHK)
BRIEFING SCHEDULE
DB1/66293292.1

| | | |
|---|---|---|
| 1 | Dated: January 5, 2011 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ James E. Lyons |
| | | James E. Lyons |
| 5 | | Attorneys for Defendants Marc L. Andreessen, Lawrence T. Babbio, Sari M. Baldauf, Rajiv L. Gupta, John H. Hammergren, Joel Z. Hyatt, John R. Joyce, Robert L. Ryan, Lucille S. Salhany, and G. Kennedy Thompson |
| 6 | | |
| 7 | | |
| 8 | Dated: January 5, 2011 | ALLEN MATKINS LECK GAMBLE MALLORY & NASTIS LLP |
| 9 | | |
| 10 | | |
| 11 | | By: /s/ Lawrence D. Lewis |
| | | Lawrence D. Lewis |
| 12 | | Attorneys for Defendant Mark V. Hurd |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: __January 11__, 2011

_/s/ Lucy H. Koh_
HON. LUCY H. KOH
United States District Court Judge
Northern District of California

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. TO EXTEND TIME TO FILE
RESPONSE TO COMPLAINT AND EST.
BRIEFING SCHEDULE
DB1/66293292.1

4

(5:10-CV-04720-LHK)