1  SCOTT + SCOTT LLP
   MARY K. BLASY (211262)
2  707 Broadway, Suite 1000
   San Diego, CA  92101
3  Tel: 619-233-4565 Fax: 619-233-0508
   Email: mblasy@scott-scott.com
4
5  Attorneys for Plaintiff
   Saginaw Police & Fire Pension Fund
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAGINAW POLICE & FIRE PENSION FUND,<br><br>Plaintiff,<br><br>vs.<br><br>MARC L. ANDREESSEN, LAWRENCE T. BABBIO, SARI M. BALDAUF, RAJIV L. GUPTA, JOHN H. HAMMERGREN, MARK V. HURD, JOEL Z. HYATT, JOHN R. JOYCE, ROBERT L. RYAN, LUCILLE S. SALHANY, and G. KENNEDY THOMPSON,<br><br>Defendants.<br>– and –<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>Nominal Defendant. | Case No. 5:10-CV-04720-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY CASE FOR FORTY-FIVE DAYS**<br><br>Dept.:  Courtroom 4, 5th Floor<br>Judge:  Hon. Lucy H. Koh<br><br>Trial Dates:  None Set |

Plaintiff Saginaw Police & Fire Pension Fund and Defendants Marc L. Andreessen, Lawrence T. Babbio, Sari M. Baldauf, Rajiv L. Gupta, John H. Hammergren, Mark V. Hurd, Joel Z. Hyatt, John R. Joyce, Robert L. Ryan, Lucille S. Salhany and G. Kennedy Thompson (the "Individual Defendants") and Nominal Party Hewlett-Packard Company ("HP") stipulate as

STIP. & [PROPOSED] ORDER TO STAY                                    (5:10-CV-04720-LHK)
CASE FOR FORTY-FIVE DAYS
DB1/66442439.1

1  follows:

2      WHEREAS, Plaintiff filed the above-captioned action on October 19, 2010;

3      WHEREAS, pursuant to the Court's January 11, 2011 order (Dkt. 55), the Individual

4  Defendants and the Nominal Party must move or otherwise respond to the complaint by February

5  3, 2011;

6      WHEREAS, HP announced on January 20, 2011 that it had expanded the size of its Board

7  of Directors from twelve to seventeen and elected five new members to the Board;

8      WHEREAS, HP also announced on January 20, 2011 that four members of the HP Board

9  of Directors, Individual Defendants Hyatt, Joyce, Ryan and Salhany, would not stand for re-

10 election;

11     WHEREAS, counsel for the Individual Defendants (except Hurd) and the Nominal Party

12 have represented that a committee of purportedly independent HP directors will be convened to

13 investigate the wrongdoing alleged in this action (the "Special Committee");

14     WHEREAS, on January 20, 2011, Judge Ware ordered a forty-five (45) day stay of *In re*

15 *HP Deriv. Litig.*, No. 10-3608 (N.D. Cal.) pending the Special Committee's investigation into

16 wrongdoing alleged in that action;

17     WHEREAS, by February 7, 2011 and pursuant to 8 Del. C. §220, the Nominal Party and

18 the Individual Defendants (except Hurd) agreed to provide Plaintiff with a copy of the resolution

19 forming the Special Committee;

20     NOW, THEREFORE, the parties agree as follows:

21     1.    This action is stayed for forty-five (45) days from the date of entry of this

22 stipulated order.

23     2.    The parties will provide a joint report to Plaintiff and the Court on the

24 status of the investigation forty-five (45) days from the entry of this stipulated order.

25     3.    Individual Defendants Marc L. Andreessen, Lawrence T. Babbio, Sari M.

26 Baldauf, Rajiv L. Gupta, John H. Hammergren, Mark V. Hurd, Joel Z. Hyatt, John R. Joyce,

27 Robert L. Ryan, Lucille S. Salhany, and G. Kennedy Thompson preserve their rights to object to

28 this action on grounds of improper venue or lack of personal jurisdiction.

STIP. & [~~PROPOSED~~] ORDER TO STAY
CASE FOR FORTY-FIVE DAYS    2    (5:10-CV-04720-LHK)
DB1/66442439.1

4. This stay is without prejudice to the parties seeking an additional stay.

5. The parties agree that no response to the Complaint need be submitted while the case is stayed, but unless the parties agree to a new briefing schedule or the stay is extended by order of the Court, the Individual Defendants and the Nominal Party must move or otherwise respond to the complaint within ten (10) days of the lifting of the stay (which will occur forty-five (45) days from the date of entry of this stipulated order).

DATED: January 31, 2011          SCOTT + SCOTT LLP

By: s/ Mary K. Blasy
Mary K. Blasy
707 Broadway
Suite 1000
San Diego, California 92101
Telephone: (619) 233-4565
Facsimile:  (619) 233-0508

*Attorneys For Plaintiff Saginaw Police & Fire Pension Fund*

I, Mary K. Blasy, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO STAY CASE FOR FORTY-FIVE DAYS. In compliance with General Order 45, X.B., I hereby attest that each of the three signatories below has concurred in this filing.

DATED: January 31, 2011          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:          s/James E. Lyons
James E. Lyons
Four Embarcadero Center
Suite 3800
San Francisco, California 94111
Telephone: (415) 984-2683
Facsimile:  (415) 984-2698

*Attorneys For Individual Defendants Marc L. Andreessen, Lawrence T. Babbio, Sari M. Baldauf, Rajiv L. Gupta, John H. Hammergren, Joel Z. Hyatt, John R. Joyce, Robert L. Ryan, Lucille S. Salhany and G. Kennedy Thompson*

| | | |
|---|---|---|
|1| DATED: January 31, 2011 | ALLEN MATKINS LECK GAMBLE MALLORY & NASTIS LLP |

By:  _____s/ Lawrence D. Lewis_____
                Lawrence D. Lewis

1900 Main Street, 5th Floor
Irvine, California 92614
Telephone: (949) 553-1313
Facsimile:  (949) 553-8354

*Attorneys For Defendant Mark V. Hurd*

DATED: January 31, 2011    MORGAN, LEWIS & BOCKIUS LLP

By: s/ Franklin Brockway Gowdy
          Franklin Brockway Gowdy

One Market, Spear Street Tower
San Francisco, California 94105-1596
Telephone: (415) 442-1000
Facsimile:  (415) 442-1001

*Attorneys For Nominal Party Hewlett-Packard Company*

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: _____February 3_____, 2011    **The Case Management Conference scheduled for March 30, 2011, remains in effect.**

_____/s/ Lucy H. Koh_____
HON. LUCY H. KOH
UNITED STATES JUDGE
NORTHERN DISTRICT OF CALIFORNIA

STIP. & [PROPOSED] ORDER TO STAY CASE FOR FORTY-FIVE DAYS      4      (5:10-CV-04720-LHK)
DB1/66442439.1