UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAGINAW POLICE & FIRE PENSION FUND, <br><br> Plaintiff, <br><br> v. <br><br> MARC L. ANDREESSEN, LAWRENCE T. BABBIO, SARI M. BALDAUF, RAJIV L. GUPTA, JOHN H. HAMMERGREN, MARK V. HURD, JOEL Z. HYATT, JOHN R. JOYCE, ROBERT L. RYAN, LUCILLE S. SALHANY, and G. KENNEDY THOMPSON, <br><br> Defendants, <br><br> – and – <br><br> HEWLETT-PACKARD COMPANY, a Delaware corporation, <br><br> Nominal Defendant. | Case No.: 10-CV-04720-LHK <br><br> ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

The parties have requested a continuance of the March 30, 2011 Case Management Conference due to conflicts with counsels' travel schedule. Accordingly, the Case Management Conference is hereby CONTINUED to April 13, 2011 at 2 p.m.

**IT IS SO ORDERED.**

Dated: March 17, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-04720-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE