UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAGINAW POLICE & FIRE PENSION FUND,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>MARC L. ANDREESSEN, LAWRENCE T. BABBIO, SARI M. BALDAUF, RAJIV L. GUPTA, JOHN H. HAMMERGREN, MARK V. HURD, JOEL Z. HYATT, JOHN R. JOYCE, ROBERT L. RYAN, LUCILLE S. SALHANY, and G. KENNEDY THOMPSON,<br><br>　　　　　　　Defendants,<br><br>　– and –<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>　　　　　　　Nominal Defendant. | Case No.: 10-CV-04720-LHK<br><br>ORDER GRANTING LIMITED EXTENSION OF STAY |

　　　On February 3, 2011, the Court granted the parties' request for a 45-day stay of this case to allow a committee of HP's Board of Directors (the "Committee") to investigate the claims at issue in this case and other similar cases. The parties now request an additional 45-day stay to allow the Committee to complete its investigation. Only Defendant Hurd opposes the stay, on grounds that he has not been provided with the information he considers necessary to make an informed decision with respect to the stay request.

　　　According to the documents submitted by the parties, the Committee has estimated that it needs at least 45 days from March 7, 2011 to complete the investigation, or until April 21, 2011.

1

Based on this information, the Court GRANTS a limited extension of the stay and ORDERS as follows:

(1) This action is stayed through April 21, 2011.

(2) The Case Management Conference currently set for April 13, 2011 is continued to May 11, 2011.  On or before May 4, 2011, the parties shall file a Joint Case Management Statement that includes a report on the status of the investigation.

(3) Defendants must answer or otherwise respond to the Complaint within 30 days after the stay expires.

As this case was filed on October 19, 2010 and has been pending for over five months, any requests to further extend the stay will be disfavored.

**IT IS SO ORDERED.**

Dated: March 25, 2011

_____
LUCY H. KOH
United States District Judge