1  SCOTT+SCOTT LLP
   Mary K. Blasy (211262)
2  Anne Box (224354)
   707 Broadway, Suite 1000
3  San Diego, CA  92101
   Telephone:  619/233-4565
4  619/233-0508 (fax)
   mblasy@scott-scott.com
5  abox@scott-scott.com

6
   *Attorney for Plaintiff Saginaw Police &*
7  *Fire Pension Fund*

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN JOSE DIVISION
11

| | |
|---|---|
| 12  SAGINAW POLICE & FIRE PENSION FUND, Derivatively on Behalf of HEWLETT-PACKARD | Civil Action No:   5:10-CV-4720-EJD |
| 13  COMPANY, | |
| 14                        Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND PAGE LIMIT FOR PLAINTIFF'S BRIEF IN** |
| 15                        vs. | **OPPOSITION TO MOTIONS TO DISMISS** |
| 16  MARC L. ANDREESSEN, LAWRENCE T. BABBIO, SARI M. BALDAUF, RAJIV L. | |
| 17  GUPTA, JOHN H. HAMMERGREN, MARK V. HURD, JOEL Z. HYATT, JOHN R. JOYCE, | Courtroom:     Courtroom 1, 5th Floor<br>Judge:         Hon. Edward J. Davila |
| 18  ROBERT L. RYAN, LUCILLE S. SALHANY, and G. KENNEDY THOMPSON, | Trial Date:     Not Yet Set |
| 19 | |
| 20                        Defendants, | |
| 21                        -and- | |
| 22  HEWLETT-PACKARD COMPANY, | |
|     Nominal Defendant. | |
| 23 | |

1       Plaintiff Saginaw Police & Fire Pension Fund ("Saginaw") and Defendants Marc L.

2   Andreessen, Lawrence T. Babbio, Sari M. Baldauf, Rajiv L. Gupta, John H. Hammergren, Joel Z.

3   Hyatt, John R. Joyce, Robert L. Ryan, Lucille S. Salhany and G. Kennedy Thompson (the "Director

4   Defendants"), Mark V. Hurd ("Hurd") and Nominal Defendant Hewlett-Packard Company ("HP")

5   stipulate as follows:

6       **WHEREAS**, Plaintiff Saginaw filed this action captioned *Saginaw Police & Fire Pension*

7   *Fund v. Marc L. Andreessen* (Case No. 5:10-CV-4720) in this Court on October 19, 2010;

8       **WHEREAS**, HP, the Director Defendants, and Hurd have each filed motions to dismiss;

9       **WHEREAS**, under Local Rule 7-3, Saginaw may file a brief not to exceed 25 pages in

10  length in opposition to each motion to dismiss;

11      **WHEREAS**, Saginaw contends that many of the issues in the three motions to dismiss are

12  overlapping;

13      **WHEREAS**, Saginaw contends that, due to the overlap between the three motions to

14  dismiss, it would be more efficient to file a single, 50-page brief in opposition to all three motions to

15  dismiss rather than three, separate 25-page briefs;

16      **WHEREAS**, Defendants do not oppose Saginaw's request.

17      **NOW, THEREFORE**, the parties agree as follows:

18      1.    Plaintiff Saginaw shall file a single brief not to exceed 50 pages in opposition to the

19  motions to dismiss filed by HP, the Director Defendants, and Hurd.

20      2.    This stipulation does not affect the provisions of the Local Rules pertaining to reply

21  briefs.

22  DATED:  September 1, 2011        SCOTT+SCOTT LLP
                               MARY K. BLASY

23                             ANNE BOX

24

25                            /s/ Anne Box
                                   ANNE BOX

26

27

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND PAGE LIMIT FOR PLAINTIFF'S BRIEF IN OPP. TO MOTIONS TO DISMISS – CASE NO.: 5:10-CV-4720-EJD

- 1 -

707 Broadway, Suite 1000
San Diego, CA  92101
Telephone:  619/233-4565
619/233-0508 (fax)

BETH A. KASWAN
THOMAS L. LAUGHLIN IV
500 Fifth Avenue, 40th Floor
New York, NY 10110
Telephone:  (212) 223-6444
Facsimile: (212) 223-6334

*Attorneys for Plaintiff Saginaw Police &
Fire Pension Fund*

I, Anne Box, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO ESTABLISH BRIEFING SCHEDULE FOR MOTIONS TO DISMISS.  In compliance with General Order 45, X.B., I hereby attest that each of the three signatories below has concurred in this filing.

DATED:  September 1, 2011          ALLEN MATKINS LECK GAMBLE MALLORY &
                                  NASTIS LLP


 /s/ Lawrence D. Lewis
                              LAWRENCE D. LEWIS

1900 Main Street, 5th Floor
Irvine, CA 92614
Telephone: 949/553-1313
949/553-8354 (fax)

*Attorneys for Defendant Mark V. Hurd*

DATED:  September 1, 2011          MORGAN, LEWIS & BOCKIUS LLP


 /s/ Mac Sonnenfeld
                              MARC SONNENFELD

1701 Market Street
Philadelphia, PA 19103-2921
Telephone: 215/963-5000
215.963.5001 (fax)

*Attorneys for Nominal Defendant Hewlett-Packard
Company*

1

2   DATED:  September 1, 2011          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

3

4                                        /s/ James E. Lyons
                                         JAMES E. LYONS
5                                      525 University Avenue
                                       Suite 1100
6                                      Palo Alto, CA 94301
                                       Telephone: 650/470-4500
7                                      650/470-4570 (fax)

8                                      *Attorneys for Defendants Marc L. Andreessen, Lawrence
                                       T. Babbio, Sari M. Baldauf, Rajiv L. Gupta, John H.
9                                      Hammergren, Joel Z. Hyatt, John R. Joyce, Robert L.
                                       Ryan, Lucille S. Salhany and G. Kennedy Thompson*

10

11

12   PURSUANT TO STIPULATION, IT IS SO ORDERED:

13   Dated:  _____September 8_____, 2011    _____
                                                Hon. Edward J. Davila
14                                              United States Judge
                                                Northern District of California
15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER TO EXTEND PAGE LIMIT FOR PLAINTIFF'S BRIEF IN OPP. TO MOTIONS TO
DISMISS – CASE NO.: 5:10-CV-4720-EJD**

- 3 -