ALLEN J. RUBY (STATE BAR NO. 47109)
Allen.Ruby@skadden.com
GARRETT J. WALTZER (STATE BAR NO. 130764)
Garrett.Waltzer@skadden.com
THOMAS V. CHRISTOPHER (STATE BAR NO. 185928)
Thomas.Christopher@skadden.com
RICHARD S. HORVATH, JR. (STATE BAR NO. 254681)
Richard.Horvath@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570

Attorneys for Defendants
MARC L. ANDREESSEN, LAWRENCE T. BABBIO,
SARI M. BALDAUF, RAJIV L. GUPTA,
JOHN H. HAMMERGREN, JOEL Z. HYATT,
JOHN R. JOYCE, ROBERT L. RYAN, LUCILLE S.
SALHANY, and G. KENNEDY THOMPSON

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| SAGINAW POLICE & FIRE PENSION FUND, Derivatively on Behalf of HEWLETT-PACKARD COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MARC L. ANDREESSEN, LAWRENCE T. BABBIO, SARI M. BALDAUF, RAJIV L. GUPTA, JOHN H. HAMMERGREN, MARK V. HURD, JOEL Z. HYATT, JOHN R. JOYCE, ROBERT L. RYAN, LUCILLE S. SALHANY and G. KENNEDY THOMPSON,<br><br>Defendants,<br><br>-and-<br><br>HEWLETT-PACKARD COMPANY,<br><br>Nominal Defendant. | CASE NO. 5:10-CV-04720-EJD<br><br>[~~PROPOSED~~] ORDER APPROVING SUBSTITUTION OF COUNSEL |

[PROPOSED] ORDER APPROVING SUBSTITUTION OF COUNSEL                    CASE NO.: 10-CV-04720-EJD

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2      Defendants Marc L. Andreessen, Lawrence T. Babbio, Sari M. Baldauf, Rajiv L. Gupta, John H. Hammergren, Joel Z. Hyatt, John R. Joyce, Robert L. Ryan, Lucille S. Salhany and G. Kennedy Thompson (the "Director Defendants") seek an order permitting substitution of Allen J. Ruby (SBN 47109) of the law firm Skadden, Arps, Slate, Meagher & Flom, LLP, located at 525 University Avenue, Suite 1100, Palo Alto, CA 94301, in place of James E. Lyons (SBN 112582) of the law firm Skadden, Arps, Slate, Meagher & Flom, LLP, located at 525 University Avenue, Suite 1100, Palo Alto, CA 94301 in *Saginaw Police & Fire Pension Fund v. Andreessen et. al.*, Case No. 5:10-CV-04720-EJD.

    Pursuant to Civil Local Rule 11-5 and in accordance with General Order 45, the Court approves the substitution of counsel sought by the Director Defendants.

IT IS SO ORDERED.

DATED: October 6, 2011

                                                                THE HONORABLE EDWARD J DAVILA
                                                                 UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted by:

DATED: October 3, 2011

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:         /s/ Garrett J. Waltzer
            GARRETT J. WALTZER
            Attorneys for Defendants
MARC L. ANDREESSEN, LAWRENCE T. BABBIO,
SARI M. BALDAUF, RAJIV L. GUPTA,
JOHN H. HAMMERGREN, JOEL Z. HYATT,
JOHN R. JOYCE, ROBERT L. RYAN, LUCILLE S.
SALHANY and G. KENNEDY THOMPSON