| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP<br>FRANKLIN BROCKWAY GOWDY (047918)<br>DIANE L. WEBB (197851)<br>KIM ALEXANDER KANE (226896)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Tel: 415.442.1000; Fax: 415.442.1001<br>Email: fgowdy@morganlewis.com<br>　　　　dwebb@morganlewis.com<br>　　　　kkane@morganlewis.com<br><br>MARC J. SONNENFELD (*Pro Hac Vice*)<br>KAREN PIESLAK POHLMANN (*Pro Hac Vice*)<br>JILL M. BAISINGER (*Pro Hac Vice*)<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>Tel: 215.963.5000; Fax: 215.963.5001<br>Email: msonnenfeld@morganlewis.com<br>　　　　kpohlmann@morganlewis.com<br>　　　　jbaisinger@morganlewis.com<br><br>Attorneys for Nominal Defendant<br>Hewlett-Packard Company | WILSON SONSINI GOODRICH & ROSATI<br>PROFESSIONAL CORPORATION<br>STEVEN M. SCHATZ (118356)<br>BORIS FELDMAN (128838)<br>BRYAN J. KETROSER (239105)<br>KATHERINE L. HENDERSON (242676)<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Tel: 650.493.9300; Fax: 650.565.5100<br>Email: sschatz@wsgr.com<br>　　　　bfeldman@wsgr.com<br>　　　　bketroser@wsgr.com<br>　　　　khenderson@wsgr.com |

**IT IS SO ORDERED**
Judge Edward J. Davila
3/29/2012

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SAGINAW POLICE & FIRE PENSION FUND,<br>　　　　　　　Plaintiff,<br>　　v.<br>MARC L. ANDREESSEN, LAWRENCE T. BABBIO, SARI M. BALDAUF, RAJIV L. GUPTA, JOHN H. HAMMERGREN, MARK V. HURD, JOEL Z. HYATT, JOHN R. JOYCE, ROBERT L. RYAN, LUCILLE S. SALHANY, and G. KENNEDY THOMPSON,<br>　　　　　　　Defendants,<br>　　– and –<br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br>　　　　　　　Nominal Defendant. | Case No. 5:10-CV-04720-EJD<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL JILL M. BAISINGER**<br><br>Complaint Filed: October 19, 2010<br>Trial Dates: None Set |

TO THE U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, THE PARTIES AND THEIR ATTORNEYS OF RECORD:

Jill M. Baisinger (admitted Pro Hac Vice) is hereby withdrawn as counsel of record for Nominal Defendant Hewlett-Packard Company ("HP") effective immediately as she is no longer affiliated with the law firm of Morgan, Lewis & Bockius LLP. HP requests that Ms. Baisinger's name be removed from any applicable service list and that the Clerk terminate the delivery of all CM/ECF notices addressed to jbaisinger@morganlewis.com in the above-captioned matter. Withdrawal of counsel will not cause any prejudice to HP as it will continue to be represented by Marc Sonnenfeld, Karen Pohlmann, Franklin Brockway Gowdy, Diane Webb and Kim Alexander Kane of Morgan, Lewis & Bockius LLP and Steven Schatz, Boris Feldman, Bryan Ketroser, and Katherine Henderson of Wilson Sonsini Goodrich & Rosati, P.C.

Dated: March 26, 2012                    MORGAN, LEWIS & BOCKIUS LLP

                                          By: /s/ Marc J. Sonnenfeld
                                              Marc J. Sonnenfeld

                                              Attorneys for Nominal Defendant
                                              Hewlett-Packard Company