United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAGINAW POLICE & FIRE PENSION FUND,<br><br>Plaintiff(s),<br>v.<br>MARC L. ANDREESSEN, et. al.,<br><br>Defendant(s). | CASE NO. 5:10-cv-04720 EJD<br><br>**ORDER RE: AMENDED COMPLAINT** |

Defendants' motions to dismiss having been previously granted and the court having dismissed Plaintiff's Complaint with leave to amend (see Docket Item No. 97), the court now orders that any amended complaint must be filed on or before **May 25, 2012.**

**IT IS SO ORDERED.**

Dated: May 8, 2012

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:10-cv-04720 EJD
ORDER RE: AMENDED COMPLAINT