FILED

SEP 08 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SAGINAW POLICE & FIRE PENSION FUND, derivatively on behalf of Hewlett-Packard Company,<br><br>      Plaintiff - Appellant,<br><br> v.<br><br>MARC L. ANDREESSEN; et al.,<br><br>      Defendants - Appellees. | No. 12-16473<br><br>D.C. No. 5:10-cv-04720-EJD<br>Northern District of California,<br>San Jose<br><br>ORDER |

Before: BEA, IKUTA, and HURWITZ, Circuit Judges.

    Appellant's Motion to Voluntarily Dismiss Appeal is GRANTED. The appeal is hereby DISMISSED. Each party shall bear its own costs and fees on appeal.

    A copy of this order shall serve as the mandate of this court.